**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS - AUSTIN

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Massage Tools LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  **Massage Tools**<br>DBA  **Massagetools.com** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **92-0809695** |
| 4. | Debtor's address | **Principal place of business**<br><br>**14101 Highway 290, Suite 2000C**<br>**Austin, TX 78737**<br>Number, Street, City, State & ZIP Code<br><br>**Hays**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**JP Warehousing**<br>**13310 Valley Boulevard Fontana, CA 92335**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **massagetools.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Massage Tools LLC**　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

7. **Describe debtor's business**　　A. *Check one:*

　　☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

　　☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

　　☐ Railroad (as defined in 11 U.S.C. § 101(44))

　　☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

　　☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

　　☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

　　■ None of the above

　　B. *Check all that apply*

　　☐ Tax-exempt entity (as described in 26 U.S.C. §501)

　　☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

　　☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

　　C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
　　　http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　　　__8121__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

　　A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

　　*Check one:*

　　☐ Chapter 7

　　☐ Chapter 9

　　■ Chapter 11. *Check all that apply*:

　　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　　☐ A plan is being filed with this petition.

　　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

　　☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

　　■ No.
　　☐ Yes.

　　District _____　When _____　Case number _____
　　District _____　When _____　Case number _____

Debtor **Massage Tools LLC**  
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No  
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Benjamin and Audrey Hardee** | Relationship | **Affililate** |
| District | **Western District of Texas** | When | **6/20/24** | Case number, if known | **TBD** |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000  

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than100,000  

**15. Estimated Assets**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
■ $500,001 - $1 million  

☐ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion  

---

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 3

Debtor **Massage Tools LLC**  Case number (*if known*) _____
     Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Massage Tools LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/20/2024
       MM / DD / YYYY

X /s/ Benjamin Hardee
Signature of authorized representative of debtor

**Benjamin Hardee**
Printed name

Title  **Sole Member and Manager**

---

**18. Signature of attorney**

X  */s/ Lynn Hamilton Butler*
Signature of attorney for debtor

Date  06/20/2024
       MM / DD / YYYY

**Lynn Hamilton Butler**
Printed name

**Husch Blackwell LLP**
Firm name

**111 Congress Avenue, Suite 1400
Austin, TX 78701**
Number, Street, City, State & ZIP Code

Contact phone  512-479-9758      Email address  lynn.butler@huschblackwell.com

**03527350 TX**
Bar number and State

---

United States Bankruptcy Court
Western District of Texas - Austin

In re **Massage Tools LLC** _____ Case No. _____
                                           Debtor(s)      Chapter   **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, **Benjamin Hardee**, declare under penalty of perjury that I am the **Sole Member and Manager** of **Massage Tools LLC**, and that the following is a true and correct copy of the resolutions adopted by the Members of said limited liability corporation (the "Corporation").

    "Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that **Benjamin Hardee, Sole Member and Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Corporation; and

    Be It Further Resolved, that **Benjamin Hardee, Sole Member and Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that **Benjamin Hardee, Sole Member and Manager** of this Corporation is authorized and directed to employ **Lynn Hamilton Butler**, attorney and the law firm of **Husch Blackwell LLP** to represent the Corporation in such bankruptcy case."

Date **06/20/2024**                           Signed *[signature]*
                                                                           Benjamin Hardee, Sole Member and Manager

Resolution of Members
of
**Massage Tools LLC**

Whereas, it is in the best interest of this limited liability corporation (the "Corporation") to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Benjamin Hardee, Sole Member and Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Benjamin Hardee, Sole Member and Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Benjamin Hardee, Sole Member and Manager** of this Corporation is authorized and directed to employ **Lynn Hamilton Butler**, attorney and the law firm of **Husch Blackwell LLP** to represent the Corporation in such bankruptcy case.

Date 06/20/2024            Signed /s/ Benjamin Hardee
                                   Benjamin Hardee, Sole Member and Manager